**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMEER KRASS, aka AMEER HAROUN, an individual, | |
| Plaintiff, | CIVIL ACTION NO.: 1:19-cv-05785-JPB |
| v. | |
| OBSTACLE RACING MEDIA, LLC, a Georgia limited liability company, dba OBSTACLERACINGMEDIA.COM; and MATTHEW B. DAVIS, an individual, | |
| Defendants. | |

**JOINT STIPULATION AND CONSENT MOTION**
**TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ameer Krass, aka Ameer Haroun, and Defendants Obstacle Racing Media, LLC and Matthew B. Davis (collectively "Parties"), through undersigned counsel, agree and stipulate, and hereby respectfully file their Joint Stipulation and Consent Motion to Dismiss with Prejudice.

For the Court's convenience, a Proposed Order is attached as **Exhibit A.**

Stipulated and agreed this 7th day of June, 2023.


*/s/ S. Derek Bauer*
S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
Ian K. Byrnside
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
Kristen Rasmussen
Georgia Bar No. 135018
krasmussen@bakerlaw.com
BAKER & HOSTETLER LLP
1170 Peachtree Street, Suite 2400
Atlanta, GA  30309-7676
Tel:    404.459.0050


*/s/ Clare R. Norins*
Clare R. Norins
Georgia Bar No. 575364
cnorins@uga.edu
Lindsey Floyd
Georgia Bar No. 538989
lindsey.floyd@uga.edu
FIRST AMENDMENT CLINIC
University of Georgia School of Law
PO Box 388
Athens, Georgia 30603
Tel: 706.542.1419


*Attorneys for Defendants*

*/s/ Daniel R. Warner*
Daniel R. Warner
Appearing Pro Hac Vice
dan@rmwarnerlaw.com
RM WARNER, P.L.C.
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Tel: 480.331.9397


*/s/Robin L. Gentry*
Robin L. Gentry, Esq.
Georgia Bar No. 289899
rgentry@cohanlawgroup.com
COHAN LAW GROUP
3340 Peachtree Road NE
Tower 100, Suite 2570
Atlanta, Georgia 30326
Tel: 404.491.1770


*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMEER KRASS, aka AMEER HAROUN, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>OBSTACLE RACING MEDIA, LLC, a Georgia limited liability company, dba OBSTACLERACINGMEDIA.COM; and MATTHEW B. DAVIS, an individual,<br><br>     Defendants. | CIVIL ACTION NO.:<br>1:19-cv-05785-JPB |

## <u>CERTIFICATE OF SERVICE AND COMPLIANCE</u>

I certify that on June 7, 2023, I filed the foregoing **JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

*/s/ Clare R. Norins*
Clare R. Norins
Georgia Bar No. 575364